UNITED STATES OF AMERICA

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

In re:

MARK AND JAN WIERENGA,

        Debtors.

_____/

Case No. GG 09-08975
Chapter 13
Hon. James D. Gregg
Petition Date: 7/29/09

## WITHDRAWAL OF ATTORNEY OF RECORD FOR UNITED STATES OF AMERICA

    Donald A. Davis, United States Attorney for the Western District of Michigan, and Michael L. Shiparski, Assistant United States Attorney, withdraw as attorney of record for the United States of America, as the agency's need to participate in this bankruptcy action has been resolved and no further action by the agency is necessary at this time.

DONALD A. DAVIS
United States Attorney

Dated: May 25, 2010

/S/ MICHAEL L. SHIPARSKI
MICHAEL L. SHIPARSKI
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501
(616) 456-2404